**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: OF A.I.S., A MINOR | : | No. 530 MAL 2019 |
| | : | |
| | : | |
| PETITION OF T.T.S., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.